# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00547-CV

**City of Taylor, Texas and Mayor Dwayne Ariola, and Councilmembers Gerald Anderson, Shelli Cobb, Kelly Cmerek, Robert Garcia, and City Manager Bryan Laborde, all named in their Official Capacity, Appellants**

**v.**

**Kristopher Kibodeaux and Jamie Kibodeaux, Appellees**

### FROM THE 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 24-1746-C425, THE HONORABLE BETSY F. LAMBETH, JUDGE PRESIDING

## ORDER AND MEMORANDUM OPINION

**PER CURIAM**

We abated this appeal on August 18, 2025, while the parties engaged in settlement negotiations. Counsel for appellants and counsel for appellees have filed a status report stating that their settlement negotiations are ongoing and a joint motion to extend the abatement period for three months. We grant the parties' joint motion and extend the abatement of this appeal until January 13, 2026. By **January 13, 2026**, the parties shall file either a motion to reinstate the appeal, a motion to dismiss the appeal, or a status report accompanied by a motion to extend the abatement.

It is ordered on October 17, 2025.

Before Chief Justice Byrne, Justices Crump and Ellis

Abated

Filed: October 17, 2025